UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 17848
    ERNESTINE E CARTMAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2606
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/06/2004 and was confirmed 07/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

    The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NISSAN MOTOR ACCEPTANCE | SECURED | 17625.00 | 497.53 | 17625.00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 2498.53 | .00 | 780.62 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1132.55 | .00 | 353.83 |
| B-LINE LLC | UNSECURED | 11171.87 | .00 | 3490.36 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 2153.69 | .00 | 672.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13135.17 | .00 | 4103.76 |
| TRIADVANTAGE CREDIT SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2120.11 | .00 | 662.37 |
| SHERMAN ACQUISITION | UNSECURED | 10369.58 | .00 | 3239.72 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 793.61 | .00 | 247.94 |
| ECAST SETTLEMENT CORP | UNSECURED | 5659.72 | .00 | 1768.23 |
| PHARIA LLC | FILED LATE | 2936.73 | .00 | .00 |
| RONALD B LORSCH | DEBTOR ATTY | 2,494.00 | | 2,494.00 |
| TOM VAUGHN | TRUSTEE | | | 2,213.78 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 38,150.00 | |
| PRIORITY | | .00 |
| SECURED | | 17,625.00 |
| INTEREST | | 497.53 |
| UNSECURED | | 15,319.69 |
| ADMINISTRATIVE | | 2,494.00 |
| TRUSTEE COMPENSATION | | 2,213.78 |
| DEBTOR REFUND | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 17848 ERNESTINE E CARTMAN

```
               ---------------        ---------------
TOTALS              38,150.00              38,150.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                                 /s/ Tom Vaughn

Dated: 02/24/09                    _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE